NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GEORGE H. FINN,**

*Plaintiff-Appellant*

**v.**

**STATE OF NEW YORK, HINMAN HOWARD & KATTELL, LLC, KATHERINE A. FITZGERALD, HARVEY SHAPIRO, NELSON F. MIGDAL, RONALD SCHIESS, BRUCE W. SNYDER, DELTA ENGINEERS, ARCHITECTS, & LAND SURVEYORS, PC, JENEE RASMUSSEN-GREEN, RONALD GREEN, RASMUSSEN LAND SURVEY PLLC,**

*Defendants-Appellees*

---

2023-1108

---

Appeal from the United States District Court for the Northern District of New York in No. 3:22-cv-00721-DNH-ML, Judge David N. Hurd.

---

PER CURIAM.

### O R D E R

In response to this court's November 21, 2022, show cause order, George H. Finn argues in favor of this court's jurisdiction.  Appellees have not responded.

This case involves a land dispute in which Mr. Finn has alleged various civil rights and criminal violations. After the United States District Court for the Northern District of New York dismissed his complaint, Mr. Finn filed a notice of appeal seeking review in this court.

Mr. Finn's appeal does not come within the limited authority that Congress granted this court to review decisions of federal district courts under 28 U.S.C. § 1295(a). That jurisdiction extends only over cases arising under the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see* § 1295(a)(4)(C); or certain damages claims against the United States "not exceeding $10,000 in amount," 28 U.S.C. § 1346(a)(2), *see* 28 U.S.C.§ 1295(a)(2). Mr. Finn's case does not fall into any of these categories, as his complaint does not assert claims against the United States (the defendants are the State of New York and several private individuals and entities).

This court, under 28 U.S.C. § 1631, shall, if in the interest of justice, transfer an appeal to another court where it could have been brought at the time it was filed. Here, that court is the United States Court of Appeals for the Second Circuit.

Accordingly,

IT IS ORDERED THAT:

The appeal and all its filings are transferred to the United States Court of Appeals for the Second Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

January 30, 2023                     /s/ Peter R. Marksteiner
          Date                            Peter R. Marksteiner
                                          Clerk of Court